IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00415-BNB

DOUGLAS BURNS,

Applicant,

v.

EXECUTIVE DIRECTOR, Colorado Department of Corrections,

Respondent.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 2 9 2007

GREGORY C. LANGHAM
CLERK

## ORDER OVERRULING OBJECTION

This matter is before the Court on the document titled "Objection to Magistrates [sic] Order of Amendment or Dismissal" submitted to the Court *pro se* on March 22, 2007, by Applicant Douglas Burns. In the document, Mr. Burns objects to Magistrate Judge Boyd N. Boland's order entered on March 7, 2007, directing him to submit within thirty days an amended application that complies with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure, that only asserts claims appropriate for a 28 U.S.C. § 2241 application, and that demonstrates exhaustion of state remedies. The Court will construe the document liberally as an objection filed pursuant to 28 U.S.C. § 636(b)(1)(A). For the reasons stated below, the objection will be overruled.

Pursuant to 28 U.S.C. § 636(b)(1)(A), a judge may reconsider any pretrial matter designated to a magistrate judge to hear and determine where it has been shown that the magistrate judge's order is clearly erroneous or contrary to law. Mr. Burns initiated the instant action pursuant to 28 U.S.C. § 2241. However, he appears to be asserting claims pursuant to 28 U.S.C. § 2254 because he is challenging the validity of his

conviction and sentence, asserting claims pursuant to 28 U.S.C. § 2241 because he is challenging the execution of his sentence, and asserting claims pursuant to 28 U.S.C. § 1983 because he is challenging the conditions of his confinement.  In the March 7, 2007, order, Magistrate Judge Boland instructed Applicant to file an amended application that complies with Fed. R. Civ. P. 8, that only asserts § 2241 claims, and that clarifies his efforts to exhaust state remedies.  The Court concludes that Magistrate Judge Boland's March 7 order is neither clearly erroneous nor contrary to law.  Therefore, Applicant's liberally construed objection will be overruled.  Accordingly, it is

ORDERED that the document titled "Objection to Magistrates [sic] Order of Amendment or Dismissal" submitted to the Court *pro se* on March 22, 2007, by Applicant Douglas Burns is construed liberally as an objection filed pursuant to 28 U.S.C. § 636(b)(1)(A), and is overruled.  It is

FURTHER ORDERED that Applicant has **thirty days from the date of this order** to comply with the March 7, 2007, order for an amended application if he wishes to pursue his claims in this action.  It is

FURTHER ORDERED that if Applicant fails to comply with the March 7, 2007, order as directed within the time allowed, the habeas corpus application will be denied, and action will be dismissed without further notice.

DATED at Denver, Colorado, this 28 day of March, 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-00415-BNB

Douglas Burns
Reg. No. 47358
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215- 0777

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 3/29/07

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk